## LOUISVILLE COFFIN COMPANY *v.* RHUDY.

LUMPKIN, P. J. 1. A judgment overruling a demurrer to an answer, unless excepted to and reversed, concludes the plaintiff as to the legal sufficiency of the answer; and if the same goes to the whole of the plaintiff's demand and is duly supported by evidence, a complete defense is established.

2. Applying this rule to the evidence appearing in the record, the court did not err in directing a verdict in favor of the defendant.

3. No material error of law was committed by the court below, and the newly discovered evidence presents no cause for a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued March 17, — Decided April 11, 1900.

Complaint. Before Judge Henry. Floyd superior court. June 9, 1899.

*Henry Walker*, for plaintiff.
*George A. H. Harris & Son*, for defendant.

---

## McINTOSH *v.* CLEGHORN & COMPANY.

LITTLE, J. 1. This case, in principle and upon the facts disclosed by the record, is controlled by the decision this day rendered in *Sams* v. *Thompson Hiles Company*, 110 *Ga.* 648.

2. It results that the verdict complained of was contrary to the law and to the evidence, and the court below erred in not setting it aside on the general grounds contained in the motion for a new trial.

*Judgment reversed. All the Justices concurring, except Fish, J., absent.*

Submitted March 16, — Decided May 12, 1900.

Levy and claim. Before R. T. Fouche, judge pro hac vice. Chattooga superior court. January term, 1899.

*Wesley Shropshire*, for plaintiff in error.